No. —. Ex parte Frank Johnson;
No. —. Ex parte Mary A. Ruthven; and
No. —. Ex parte Thomas Herndon. January 2, 1945. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. Ex parte Vergil D. McMillan;
No. —. Ex parte Charles M. Keyser; and
No. —. Wilson v. Hopkins. January 2, 1945. Applications denied.

No. 192. Giese v. United States.

Argued December 14, 1944. Decided January 8, 1945. *Per Curiam:* The judgment is affirmed by an equally divided Court. Mr. Justice Douglas took no part in the consideration or decision of this case. *Mr. Edmund D. Campbell* for petitioner. *Mr. Paul A. Freund,* with whom *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *Irving S. Shapiro* were on the brief, for the United States.